# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **TEXAS STATE BANK** | § | |
| | § | |
| **V.** | § | **NO. 1:05-CV-278** |
| | § | |
| **THE VESSEL "MISS TINA V"** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings under Referral Order on June 23, 2005. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order.

The magistrate judge recommended that the court grant complainant's motion to dismiss because no other issues remain for decision.

The court has considered the magistrate judge's report and the report is **ADOPTED**. It is further

**ORDERED** that complainant's motion to dismiss (Docket No. 20) is **GRANTED**. The court will enter final judgment separately.

**SIGNED** this the **14** day of **November, 2005.**


Thad Heartfield
United States District Judge