IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **TEXAS STATE BANK** | § § | |
| **V.** | § § | **NO. 1:05-CV-278** |
| **THE VESSEL "MISS TINA V"** | § § | |

## FINAL JUDGMENT

The court having granted the complainant's motion to dismiss, it is

**ORDERED, ADJUDGED** and **DECREED** that this cause is **DISMISSED**.

**SIGNED** this the **14** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge